# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

149939 & (44)

DOUGLAS J. KLEIN and AMY NEUFELD
KLEIN,
   Plaintiffs-Appellants,

v

HP PELZER AUTOMOTIVE SYSTEMS, INC.,
   Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149939
COA: 310670
Oakland CC: 2011-120823-CK

   On order of the Court, the application for leave to appeal the July 8, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion regarding bond is DENIED as moot.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

t0128